# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-01708-LTB-MJW

DAVID A. SORBO,

 Plaintiff,

v.

UNITED PARCEL SERVICE,

 Defendant.

_____

## ORDER
_____

 In accordance with the Mandate of the Tenth Circuit Court of Appeals issued January 19, 2006,

 IT IS ORDERED that Defendant United Parcel Service, as prevailing party, shall submit its revised bills of costs within 10 days from the date of this order.

         BY THE COURT:

          s/Lewis T. Babcock
         Lewis T. Babcock, Chief Judge

DATED: January 24, 2006